MRS. KATHERINE DeWEESE v. BELK'S DEPARTMENT STORE.

(Filed 28 February, 1951.)

**Appeal and Error § 29b—**

> Appellant may not complain of alleged error relating to an issue answered in his favor.

APPEAL by plaintiff from *Rousseau, J.,* at Regular December Term, 1950, of BUNCOMBE.

Civil action to recover damages for personal injury allegedly sustained by plaintiff in fall down steps in store of defendant in the city of Asheville, N. C., as result of actionable negligence of defendant.

Defendant, answering, denies the material allegations of the complaint, and for further answer and defense, avers that plaintiff's fall was proximately caused by her own negligence in manner set forth.

On the trial both parties offered evidence and the case was submitted to the jury on issues pertaining to (1) the alleged negligence of defendant, (2) the alleged contributory negligence of plaintiff, and (3) damages. The jury answered each of the first two issues in the affirmative. Thereupon the court entered judgment that plaintiff take nothing by her action, etc.

Plaintiff appeals therefrom to Supreme Court and assigns error.

*I. C. Crawford and Don C. Young for plaintiff, appellant.*
*Smathers & Meekins for defendant, appellee.*

PER CURIAM. The assignments of error presented on this appeal relate to matters of evidence bearing on the first issue. Since the jury answered this issue in favor of plaintiff, assignment of error based upon exception by plaintiff to the admission, or to exclusion of evidence bearing thereon, is not tenable. Hence, in the judgment below, there is

No error.